MURRAY SNYDER et al., Doing Business as Copartners under the Name of TERMINAL DAIRY, Respondents, v. LOUIS GREENBLATT et al., Doing

Business as Copartners under the Name of 89TH JAMAICA REALTY CO., Respondents, and WOODBURY MEAT CO., INC., Appellant.— Motion by defendants-respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.